```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JUSTIN L. LEE
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8             IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   2:11-MJ-00350-GGH
                                 )
12          Plaintiff,            )   Order of Dismissal
                                 )
13      v.                       )
                                 )
14  DALMACIO L. VILLENA,         )
                                 )
15          Defendant.           )
    _____)
16
17       It is hereby Ordered that the plaintiff United States of
18  America's Motion to Dismiss the above captioned matter is
19  GRANTED.
20       IT IS SO ORDERED.
21
22  Dated: December 2, 2011
23                              /s/ Gregory G. Hollows
                               UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28
```